# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DWAYNE BRUMBAUGH,<br><br>Plaintiff,<br><br>v.<br><br>CHIEF JUSTICE JOHN ROBERTS,<br><br>Defendant. | 13-cv-1776 AWI-GSA<br><br>**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS WITHOUT PREJUDICE**<br><br>**(Doc. 2)** |

On November 4, 2013, Plaintiff Jerry Dwayne Brumbaugh ("Plaintiff") filed a complaint along with a motion to proceed in forma pauperis, in this action. (Doc. 2). Plaintiff has not provided the information required for the Court to grant his motion to proceed in forma pauperis. Accordingly, the motion is denied without prejudice. The Clerk of the Court is directed to send Plaintiff, by mail, an Application to Proceed In Forma Pauperis along with a copy of this Order. Plaintiff is directed to complete and submit the Application to Proceed In Forma Pauperis on or before December 9, 2013, or, alternatively, submit, on or before December 9, 2013, the $400.00 filing fee applicable to this action. Failure to comply with this Order will result in the dismissal of this action.

IT IS SO ORDERED.

Dated:   **November 7, 2013**              **/s/ Gary S. Austin**

1

1 UNITED STATES MAGISTRATE JUDGE