# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DWAYNE BRUMBAUGH,<br><br>Plaintiff,<br><br>v.<br><br>CHIEF JUSTICE JOHN ROBERTS,<br><br>Defendant. | **13-cv-1776 AWI-GSA**<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>**(Doc. 6)** |

On November 4, 2013, Plaintiff Jerry Dwayne Brumbaugh ("Plaintiff") filed a complaint along with a motion to proceed in forma pauperis, in this action. (Doc. 2). The Court denied Plaintiff's motion to proceed in forma pauperis without prejudice, because Plaintiff had not provided sufficient information for the Court to rule on that motion. On November 14, 2013, Plaintiff submitted a completed application to proceed in forma pauperis. (Doc. 6). A review of Plaintiff's application reveals that he is entitled to proceed in forma pauperis, and, accordingly, his application is GRANTED.

Plaintiff is advised that pursuant to 28 U.S.C. § 1915(e)(2), the Court must conduct an initial review of every pro se complaint to determine whether the complaint is legally sufficient under the applicable pleading standards. The Court must dismiss a complaint, or portion thereof, if the Court determines that the complaint is legally frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from

such relief. 28 U.S.C. § 1915(e)(2). If the Court determines that a complaint fails to state a claim, leave to amend may be granted to the extent that the deficiencies in the complaint can be cured by amendment. Plaintiff's complaint will be screened in due course.

IT IS SO ORDERED.

Dated: **November 18, 2013**        **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE